UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS GARCIA, | NO. CV 15-359-ODW (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| JEFF MACOMBER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 18, 2016

_____
OTIS D. WRIGHT II
United States District Judge